UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,　　　　　　　　　　　　Case No. 3:18cr186

　　　　Plaintiff,

　　　　- vs -　　　　　　　　　　　　　　　　　**ORDER**

Asif Salim,

　　　　Defendant.


　　　　This matter was heard on March 10, 2021 upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was represented by counsel. Based upon the agreed modified conditions of supervised release, the government's oral motion to dismiss the violation granted. The defendant's term of supervised release modified to include the following additional conditions:

1.　Defendant shall provide financial disclosure reports by April 1, 2022 to probation and every six months thereafter. Defendant to provide active cooperation of the status/location/access of $30,000.00 in funds seized during his term of supervision.

2.　Defendant shall not provide any financial support to any Bureau of Prison inmate.

3. Defendant shall not provide support, instruct, or direct his wife or any minor children, directly or indirectly, any financial support to any Bureau of Prison inmate.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge